THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BYERS BACHMAN, Appellant.—

We further conclude that the sentence imposed was not harsh and excessive *(see, People v Farrar,* 52 NY2d 302, 305). (Appeal from judgment of Niagara County Court, DiFlorio, J. —attempted sodomy, first degree.) Present—Dillon, P. J., Denman, Green, Lawton and Davis, JJ.